# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **ALEX DEMOUCHET; HELEN SONNIER; and SHAQUR STEVENSON** | § § § § | **PLAINTIFFS** |
| v. | § § § § | Civil No. 1:22-cv-155-HSO-RHWR |
| **MELTON TRUCK LINES, INC.; and JERQUEZ HUGHEY** | § § | **DEFENDANTS** |

## FINAL JUDGMENT

In accordance with the Order entered this date granting Plaintiffs Alex Demouchet, Helen Sonnier, and Shaqur Stevenson's Motion [8] to Dismiss, the Court hereby enters judgment pursuant to Federal Rule of Civil Procedure 58. Accordingly,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 21st day of July, 2022.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE